RECEIVED
6/23/05
CHAMBERS OF
I. LEO GLASSER
U. S. D. J.

COURTESY COPY

UNITED STATES DISTRICT COURT          WY-9160
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,              **CONSENT JUDGMENT**

        Plaintiff,              Civil Action
                                 No. CV-05-754

- against -                            (Glasser, J.)
                                       (Gold, M.J.)

CLYBERN GIBSON,

        Defendant.

- - - - - - - - - - - - - - - - -X

        IT IS HEREBY STIPULATED AND AGREED by and between the attorney for plaintiff UNITED STATES OF AMERICA and, CLYBERN GIBSON pro se, that:

        1. Defendant CLYBERN GIBSON acknowledge that he is justly indebted to the plaintiff in the principal amount of $8,658.07 with interest thereon of $462.10 accrued to the date of May 25, 2005 amounting in all to the sum of $9,120.17 and that he has no defense, counterclaim or offset thereto, and does hereby consent to the entry of judgment against him by the United States of America in the amount stated herein.

        2. The defendant agree to pay the sum of $9,120.17 plus interest at the rate of 4% per annum by making monthly payments of $49.00 per month commencing on the 1st day of July 2005.

2

3. The monthly payment due on January 1, 2006 and all monthly payment due thereafter shall increase to $98.00 per month until the entire sum of $9,120.17 plus interest from May 26, 2005 shall have been paid in full.

4. That said payments shall be made to the order of the Treasurer of the United States and delivered or mailed to the

>United States Attorney's Office
>One Pierrepont Plaza, 14th Floor,
>Brooklyn, New York, 11201
>Att: Finance & Litigation Unit

5. In the event of a default by defendant CLYBERN GIBSON defaults in the payments provided for herein, and should such default remain uncured for fifteen (15) days after notice of said default is mailed to the defendant, plaintiff shall have the right, at its sole option and discretion, to declare due and owing the entire amount above acknowledged, together with interest, and to have execution thereof giving defendant CLYBERN GIBSON credit, however, upon any execution thereon for any and all payments made pursuant to this conseng judgment.

6. Upon full and complete payment by defendant CLYBERN GIBSON of the amount stated herein, the plaintiff shall deliver a release or satisfaction of the aforesaid obligation to the defendant.

7. This consent judgment is for a debt now justly and

truly owing to plaintiff United States of America as acknowledged in paragraph No. 1 above.

Dated:    May 25, 2005
            Brooklyn, New York

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Fl.
Brooklyn, New York 11201

By: _____
WILLIAM YOUNG
Special Assistant U.S. Attorney
(718) 254-6057

_____
CLYBERN GIBSON
Defendant Pro Se

SO ORDERED this 7th day of July, 2005

_____
Honorable I. Leo Glasser
United States District Judge